UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIMI NG and KIN NG,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | 26-cv-6416 (JSR)<br><br><u>ORDER GRANTING MOTION TO DISMISS</u> |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of the defendant, United Airlines, to dismiss the Amended Complaint brought by the plaintiffs, Mimi Ng and Kin Ng. <u>See</u> ECF No. 9. Briefing on the motion on was completed on October 17, 2026, and the Court heard oral argument on November 10. <u>See</u> ECF Nos. 10, 16-17. For the reasons stated from the bench, the Court grants United's motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). The case is hereby dismissed without prejudice to plaintiffs' pursuing their parallel action in New Jersey if so permitted by the Court in that case. The Clerk of Court is respectfully directed to terminate the motion at docket entry 9 and to close the case.

SO ORDERED.

Dated: New York, NY
November 10, 2026

JED S. RAKOFF, U.S.D.J.