**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

MIMI NG and KIN NG,

Plaintiffs,

-against-

26 **CIVIL** 6416 (JSR)

# JUDGMENT

UNITED AIRLINES, INC.,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 10, 2026, the Court grants United's motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12 (b) (2). The case is hereby dismissed without prejudice to plaintiffs' pursuing their parallel action in New Jersey if so permitted by the Court in that case; accordingly, the case is closed.

**Dated:** New York, New York

November 13, 2026

**TAMMI M. HELLWIG**

______________________

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**